FISHER & PHILLIPS LLP
Mark J. Ricciardi, Esq.
Nevada Bar No. 3141
Dustin L. Clark, Esq.
Nevada Bar No. 10548
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLIC SILVER STATE DISPOSAL, INC. dba REPUBLIC SERVICES OF SOUTHERN NEVADA, a Nevada Corporation; REPUBLIC DUMPCO, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; THE BOARD OF TRUSTEES OF THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND,<br><br>Defendants. | Case No.: 2:10-cv-01043-LDG-LRL<br><br>**ORDER DENYING MOTION TO REASSIGN CASE TO PRESIDING JUDGE** |

Defendant International Brotherhood of Teamsters, Local 631's Motion to Reassign Case to Presiding Judge (Dkt Entry #13) having come for hearing on the 9th day of August, 2010 at 10:00 a.m. in the above-entitled court, the Honorable Lloyd D. George presiding, Mark R. Ricciardi, Esq. and Dustin L. Clark, Esq. representing Plaintiffs, and Eric B. Myers, Esq. representing Defendant International Brotherhood of

LasVegas 85706.1

- 1 -

Teamsters, Local 631, the Court having considered the papers and arguments of counsel and otherwise being fully advised in the premises and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Reassign Case to Presiding Judge (Dkt Entry #13) is DENIED without prejudice.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 12 Aug 2010

SUBMITTED BY:

Fisher & Phillips LLP

By: /s/ Dustin L. Clark
Mark J. Ricciardi, Esq.
Dustin L. Clark, Esq.
3800 Howard Hughes Parkway
Suite 950
Las Vegas, Nevada  89169
Attorneys for Plaintiffs

APPROVED AS TO FORM AND CONTENT:

McCracken, Stemerman & Holsberry

By: /s/ Eric B. Myers
Eric B. Myers, Esq.
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Attorney for Defendant
International Brotherhood
of Teamsters, Local 631

LasVegas 85706.1

- 2 -

**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada  89169